IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE FARLEY,<br><br>            Plaintiff,<br>  vs.<br>CITY OF LIVINGSTON, et al.,<br><br>            Defendants. | CASE NO. CV F 11-0708 LJO GSA<br><br>**ORDER TO VACATE HEARING**<br>(Docs. 6, 8.) |

On June 1, 2011, plaintiff Bonnie Farley filed a first amended complaint as a matter of course under F.R.Civ.P. 15(a). As such, this Court VACATES the June 30, 2011 hearing on defendants' F.R.Civ.P. 12(b)(6) motion to dismiss and will take no further action on the motion to dismiss. This Court directs the clerk to term doc. 6.

IT IS SO ORDERED.

Dated:   June 2, 2011                         /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE