Bradley A. Post, Esq.  # 127028
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone: (209) 576-1701
Facsimile : (209) 527-9753
bpost@bortonpetrini.com

Attorneys for Defendants,
CITY OF LIVINGSTON POLICE OFFICER ROBERT SILVA, CITY OF LIVINGSTON POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE FARLEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LIVINGSTON POLICE OFFICER ROBERT SILVA, CITY OF LIVINGSTON POLICE DEPARTMENT, COUNTY OF MERCED, DOES 1 through 30,<br><br>    Defendants, | Case No. 1:11-cv-00708-LJO-GSA<br><br>**ORDER TO VACATE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT CITY OF LIVINGSTON POLICE OFFICER ROBERT SILVA'S AFFIRMATIVE DEFENSES**<br><br>DATE: August 26, 2011<br>TIME: 8:30<br>DEPT: Courtroom 4 |

**ORDER**

The court having read and considered the stipulation of the parties and Good Cause appearing;

IT IS ORDERED, that it is hereby stipulated by and between the parties through their counsel of record that counsel for plaintiff has agreed to Stipulate that Defendant be permitted to file an Amended Answer by August 12, 2011.  Accordingly, the parties Stipulate that plaintiff's Motion currently scheduled for August 26, 2011 at 8:30 a.m. be vacated.

IT IS SO ORDERED.

**Dated:   August 10, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE