Bradley A. Post, Esq.  # 127028
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701
Facsimile : (209) 527-9753
bpost@bortonpetrini.com

Attorneys for Defendants,
CITY OF LIVINGSTON POLICE OFFICER ROBERT SILVA, CITY OF LIVINGSTON POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE FARLEY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF LIVINGSTON POLICE OFFICER ROBERT SILVA, CITY OF LIVINGSTON POLICE DEPARTMENT, COUNTY OF MERCED, DOES 1 through 30,<br><br>  Defendants, | Case No. 1:11-cv-00708-LJO-GSA<br><br>**ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>DATE: October 5, 2011<br>TIME:  9:00<br>DEPT: Courtroom 10 |

ORDER

IT IS SO ORDERED that the Scheduling Conference currently set for October 5, 2011, at 9:00 a.m. in Courtroom 10, be continued to November 28, 2011, at 10:00 a.m in Courtroom 10, in order to allow plaintiffs motion to file Third Amended Complaint to be heard and all parties to appear in this action.

IT IS SO ORDERED.

Dated:  September 28, 2011            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

1

ORDER