1  Bradley A. Post, Esq.  # 127028
   **BORTON PETRINI, LLP**
2  1104 12th Street
   Modesto, California  95354
3  Telephone:  (209) 576-1701
   Facsimile : (209) 527-9753
4  bpost@bortonpetrini.com

5  *Attorneys for Defendants*,
   CITY OF LIVINGSTON POLICE DEPARTMENT,
6  CORPORAL DAIHN VILLARREAL,
   WRONGFULLY SUED HEREIN AS POLICE
7  OFFICER DANE VILLAREAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE FARLEY, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF LIVINGSTON POLICE OFFICER DANE VILLAREAL, CITY OF LIVINGSTON POLICE DEPARTMENT UNNAMED EMPLOYEES 1 THROUGH 20, CITY OF MERCED POLICE OFFICER LEONE PITABONO, UNNAMED COUNTY OF MERCED EMPLOYEES DESIGNATED AS DOES 11 THROUGH 20; Does 11 THROUGH 30<br><br>*Defendants,* | Case No. 1:11-CV-00708-LJO-GSA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER** |

### JOINT STIPULATION OF DISMISSAL

**WHEREAS** Plaintiff BONNIE FARLEY's ("FARLEY") Third Amended Complaint (Doc. 36) alleged one cause of action against all Defendants, including Defendant DAIHN VILLARREAL ("VILLARREAL"), for Violation of Plaintiff's Civil Right to Be Free from Unreasonable Seizure Under 42 USC § 1983, and The Fourth Amendment of the United States Constitution Against all Defendants, Acting Under Color of Law and in Their Official Entity or Individual Capacities;

**WHEREAS**, on November 1, 2012, counsel for Plaintiff FARLEY and Defendant VILLARREAL discussed, and agreed to, the dismissal of all claims alleged against Defendant VILLARREAL in this action, based upon a private settlement between the parties;

**WHEREAS**, counsel for Defendant VILLARREAL informed counsel for Defendant OFFICER LEONE PINTABONA ("PINTABONA")  of Plaintiff FARLEY and Defendant VILLARREAL's agreement regarding settlement and dismissal;

**IT IS HEREBY** stipulated, by and between all parties to this action, that:

All claims by Plaintiff FARLEY alleged against Defendant VILLARREAL in this action be dismissed with prejudice,  pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party bearing its own costs.

*IT IS SO STIPULATED*.

DATED: November 16, 2012            **BORTON PETRINI, LLP**

By:  /s/ Bradley A. Post
Bradley A. Post, Esq.,
*Attorneys for Defendant,*
CORPORAL DAIHN VILLARREAL,
WRONGFULLY SUED HEREIN AS POLICE OFFICER DANE VILLAREAL

DATED: November 27, 2012            **LAW OFFICE OF NORMAN NEWHOUSE**

By:  /s/ Norman Newhouse
Norman Newhouse, Esq.,
*Attorneys for Plaintiff,*
BONNIE FARLEY

///

///

///

DATED: November 22, 2012        **PORTER SCOTT**

By: /s/ John R. Whitefleet
John R. Whitefleet, Esq.,
*Attorneys for Defendant,*
OFFICER LEONE PINTABONA

### ORDER

Pursuant to the Parties' Stipulation, all claims by Plaintiff BONNIE FARLEY in this matter, as alleged against Defendant CORPOREAL DAIHN VILLARREAL, are dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated: December 13, 2012**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE